**fnldec** (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Theresalynn Nussbaum<br>aka Theresa Nussbaum, fka Theresalynn Wright<br>607 Country Acres Ct<br>Effort, PA 18330 | Chapter 7<br>Case No. 5:15−bk−03654−JJT |

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):
xxx−xx−7952

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED, John J Martin (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: February 12, 2018

By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: JGoodling, Deputy Clerk